# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

KARL KNAPP,

    Applicant,

vs.                                                                                                               Civil No. 07-834 MCA/RHS

JAMES JANECKA, et al.,

    Respondents.

## ORDER ADOPTING FINDINGS, GRANTING MOTION TO DISMISS, DENYING APPLICATION AND DISMISSING CIVIL PROCEEDING

THIS MATTER comes before the Court on the Magistrate Judge's Proposed Findings and Recommended Disposition ("PFRD"), filed September 25, 2008 **[Doc. No. 24]**. Applicant has filed objections, and the Court has made a *de novo* determination of those portions of the PFRD objected to. Accordingly, the proposed findings of the Magistrate Judge will be adopted, Respondents' motion to dismiss will be granted, Applicant's application for a writ of habeas corpus will be denied and this civil proceeding will be dismissed with prejudice.

**IT IS HEREBY ORDERED** that the proposed findings of the United States Magistrate Judge **[Doc. No. 24]** are adopted by the Court.

**IT IS FURTHER ORDERED** that Respondents' Motion to Dismiss Petition **[Doc. No. 15]** is **GRANTED**.

**IT IS FURTHER ORDERED** that Applicant's Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 by a Person in State Custody **[Doc. No. 1]** is **DENIED**.

**IT IS FINALLY ORDERED** that this civil proceeding is **DISMISSED** with prejudice and any pending motions are **DENIED** as moot.

SO ORDERED this 12th day of December, 2008.

                                                        M. CHRISTINA ARMIJO
                                                        United States District Judge